UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEO RONALD VAN BLADEL, | No. C 15-4407 MEJ (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SONOMA COUNTY DISTRICT ATTORNEY, et al., | |
| Defendants. | |
| _____/ | |

As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED.

DATED: _____January 5, 2016_____     _____
Maria-Elena James
United States Magistrate Judge